IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

D.W. PRODUCTIONS, LLC,
a Tennessee limited liability company,

      Plaintiff,

   vs.                                 Civ. No. 14-194  LH/SCY

GREATWIDE DEDICATED TRANSPORT III,
INC., a Texas corporation, and RANDALL LYNN
BLANTON,

      Defendants.

## ORDER GRANTING MOTION TO EXTEND EXPERT DEADLINE

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Extend Expert Deadline, filed September 3, 2014.  (Doc. 27).  Being fully advised in the premises, the Court finds that the Motion is well taken and it is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' expert deadline is extended until October 10, 2014.

                                               /s/ Steven C. Yarbrough
                                               **STEVEN C. YARBROUGH**
                                               **United States Magistrate Judge**